IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00302-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JARRETT TERRELL EDWARDS (2), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 120), the Superseding Indictment, (Doc. No. 36: Indictment; Doc. No. 75: Superseding Indictment), as to Jarrett Terrell Edwards, without prejudice, following his guilty plea to an Information filed in Case No. 3:16-cr-248.

**IT IS ORDERED** that the Government's motion, (Doc. No. 120), is **GRANTED** and the charges, (Doc. No. 36: Indictment; Doc. No. 75: Superseding Indictment), in this case as to Jarrett Terrell Edwards, are **DISMISSED** without prejudice.

Signed: October 7, 2016

Robert J. Conrad, Jr.
United States District Judge